UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

DONALD ANTONIO ALVAREZ RIVERA,

        Petitioner,

        v.

WARDEN, *et al.*,

        Respondents.

No. 5:26-cv-01792-ACCV

[~~PROPOSED~~] ORDER

Honorable Angela C. C. Viramontes
United States Magistrate Judge

1

**[PROPOSED] ORDER**

Before the Court is the Revised Joint Stipulation entered by the parties on May 27, 2026. For the reasons set forth in the Joint Stipulation, the Court GRANTS the Joint Stipulation.

1. The prohibition of removal or transfer of Petitioner, as stated in Paragraph 1, page 3, of this Court's April 14, 2026 Order, Dkt. No. 7, is dissolved.

IT IS SO ORDERED.

**Dated:  May 27, 2026**

_____

**Hon. Honorable Angela C. C. Viramontes**
**United States Magistrate Judge**

2