JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

DONALD ANTONIO ALVAREZ RIVERA,

      Petitioner,

      v.

WARDEN, DESERT VIEW FACILITY, *et al.*,

      Respondents.

Case No. 5:26-cv-01792-ACCV

**ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is granted and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in Court's May 26, 2026 Amended Order Granting Petition for Writ of Habeas Corpus.  (Dkt. No. 21.)

      IT IS SO ORDERED.

DATED: May 27, 2026

_____
HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge